GIBBONS P.C.

December 18, 2019
Page 2

MEMO ENDORSED

3.   Citigroup seeks this second request for an extension of the briefing schedule because undersigned counsel's primary in-house contact at Citigroup concerning this matter is attending to a serious illness of an immediate family member.

4.   Plaintiff consents to this request for a second extension of the briefing schedule.

5.   The parties reserve all rights and defenses in this miscellaneous action.

Accordingly, Citigroup respectfully requests that the Court approve the following briefing schedule on Plaintiff's Motion to Compel:

(a)   Citigroup shall file its response to Plaintiff's Motion to Compel on or before January 8, 2020; and

(b)   Plaintiff may file its reply, if any, on or before January 27, 2020.

Please have a member of your staff contact the undersigned should the Court have any questions.

Very truly yours,

Daniel Weinberger

Daniel S. Weinberger

cc:   *All counsel of record* (via ECF)

Granted.

SO ORDERED: DATE: 12/18/19
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

SDNY
DOCUMENT
ELECTRONICALLY FILED
12/18/19

2770292.1 111467-100187