UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
BRIDGETON LANDFILL, LLC,            :

          Plaintiff,            :   ORDER

-v.-                                :
                                        19 Misc. 540 (GBD) (GWG)
                                    :
MALLINCKRODT LLC and
EVERZINC USA, INC.,                 :

         Defendants.            :
-----------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     For the reasons stated at oral argument held on the record today, the motion of plaintiff Bridgeton Landfill, LLC to compel compliance with a subpoena <u>duces tecum</u> served on the non-party Citigroup Inc. ("Citigroup") (Docket # 1) is granted. Citigroup's objections to the subpoena are overruled. The records shall be produced by May 1, 2020, unless the parties agree otherwise.

     SO ORDERED.

Dated: April 10, 2020
       New York, New York

                                      GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge